UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JAMES MUELLER, *on behalf of himself and all others similarly situated*, :
:
                      Plaintiff, :      20-CV-9339 (JMF)
:
     -v- :      ORDER
:
SIRIUS XM RADIO INC., :
:
                      Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's motion to stay proceedings and compel arbitration, ECF No. 15, the initial pretrial conference currently scheduled for January 28, 2021 is ADJOURNED *sine die* pending resolution of the motion. Plaintiff's opposition shall be filed no later than **January 29, 2021**. Any reply shall be filed no later than **February 5, 2021**.

      SO ORDERED.

Dated: January 19, 2021
       New York, New York
                                                JESSE M. FURMAN
                                       United States District Judge